JAY CLAYTON
United States Attorney for the
Southern District of New York
By: RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2765
E-mail: Rachel.Kroll@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER ROGATORY FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE CIVIL | : | M 93 |
| COURT NO. 97 BUENOS AIRES, | : | |
| ARGENTINA, IN THE MATTER OF | : | Case No. 25-mc-357 |
| LUIS ANDREA PAROLA | : | |

-------------------------------------------------------x

        Upon the accompanying declaration of Rachel Kroll, executed on August 20, 2025, the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Rachel Kroll, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the Civil Court No. 97, Buenos Aires, Argentina, seeking information from XP Investments US, in New York, New York, in connection with a proceeding pending in that court captioned "In the Matter of Luis Andrea Parola."

Dated: New York, New York
August 20, 2025

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By:    */s/ Rachel Kroll*
        RACHEL KROLL
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel: (212) 637-2765
        Email: Rachel.Kroll@usdoj.gov