UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | *EX PARTE* ORDER |
| | : | |
| LETTER ROGATORY FOR | : | M 93 |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE CIVIL | : | Case No. 25-mc-357 (JAV) |
| COURT NO. 97 BUENOS AIRES, | : | |
| ARGENTINA, IN THE MATTER OF | : | |
| LUIS ANDREA PAROLA | : | |

------------------------------------------------------x

JEANNETTE A. VARGAS, United States District Judge:

WHEREAS, the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, on behalf of the Civil Court No. 97, Buenos Aires, Argentina, is seeking to obtain information from XP Investments US, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned "In the Matter of Luis Andrea Parola";

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Rachel Kroll, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from XP Investments US and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve XP Investments US with a copy of this Order and the accompanying documents.

Dated: New York, New York
      August 26, 2025

Hon. Jeannette A. Vargas
UNITED STATES DISTRICT JUDGE