UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

IN RE:                              :

LETTER ROGATORY FOR INTERNATIONAL   :        25-MC-00357 (JAV)
JUDICIAL ASSISTANCE FROM THE CIVIL COURT  :
NO. 97 BUENOS AIRES, ARGENTINA, IN THE   :         ORDER
MATTER OF LUIS ANDREA PAROLA         :
                        :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The Clerk of Court is directed to close the case and terminate all pending motions.

      SO ORDERED.

Dated:  April 14, 2026
       New York, New York             _____
                                     JEANNETTE A. VARGAS
                                     United States District Judge